### 3606. WILSON *v.* THE STATE.

RUSSELL, J. The only question raised by the record, relied upon by the plaintiff in error, was as to the constitutionality of the statute under which the indictment was framed (Acts 1903, p. 90, Penal Code, § 715). This question having been certified by this court to the Supreme Court, the case is fully controlled by the answer of that court, in the opinion handed down August 12, 1912 (138 *Ga.* 489, 75 S. E. 619); and accordingly the judgment of the court below is affirmed.

*Judgment affirmed. Pottle, J., not presiding.*
DECIDED SEPTEMBER 17, 1912.

Accusation of misdemeanor; from city court of Leesburg—Judge Long. July 11, 1911.

*C. H. Beazley, D. J. Ragan,* for plaintiff in error.
*W. G. Martin, solicitor,* contra.

---

### 3614. CLINTON *et al. v.* GARNER.
### 3615. CLINTON *et al. v.* WALDROP.

RUSSELL, J. The judge of the superior court did not err in refusing to dismiss the certiorari, on any of the grounds of the motion to dismiss; and, in conformity with the repeated rulings of this court, and of the Supreme Court, the first grant of a new trial on certiorari will not be disturbed, where, as in the present case, the verdict in the justice's court was not demanded.

*Judgment affirmed. Pottle, J., not presiding.*
DECIDED SEPTEMBER 17, 1912.

Certiorari; from Paulding superior court—Judge Edwards. June 20, 1911.

*Griffith & Matthews,* for plaintiffs in error.